United States Bankruptcy Court
Middle District of Florida

FILED VIA MAIL

DEC 24 2014

CLERK, US BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In Re:

Richard W. Husarek and
Deborah S. Husarek            )   Bankruptcy Case No. **8:09-bk-04293-CED**

                              )   Chapter 13

Debtor(s)

## Motion For Payment of Unclaimed Funds
### Under 28 U.S.C. Section 2042

Applicant, **ADAMS & COHEN**, applies to this court for entry of an order directing the clerk of the court to remit to applicant the sum of **$4,651.72**, said funds having deposited into the Treasury of the United States pursuant to 28 U.S.C. Section 2041 as unclaimed funds for claimant **Statz Holdings, Inc.**, applicant further states that:

1. Applicant is a "funds locator" who has been retained by the claimant. Applicant has obtained an original **"power of attorney"** from the individual claimant named as the claimant in the notice of deposit of funds into the court. **An original "power of attorney", conforming to the Official Bankruptcy Form is attached and made part of this Motion.**
2. Applicant has provided notice of this Motion to the U.S. Attorney and U.S. Trustee pursuant to 28 U.S.C. Section 2042. A Certificate of Service is attached to this Motion.
3. The Claimant is entitled to these funds because they legally and rightfully belong to him/her.

Dated: 12-22-14

Statz Holdings, Inc.
Name of Original Claimant
6870 E. Fowler Avenue
Tampa, FL 33617
Telephone: (813) 989-0908
Claimant's Current Address

Signature of Applicant
Jairo A. Camargo/ Manager
Name and Title of Applicant
**ADAMS & COHEN**
Company Name
P.O. Box 546293
Miami Beach, FL 33154
Company Address
Phone: (888) 978-9990

# United States Bankruptcy Court
## Middle District of Florida

In Re:

**Richard W. Husarek and**
**Deborah S. Husarek**

Bankruptcy Case No. **8:09-bk-04293-CED**

Chapter 13

Debtor(s)

### CERTIFICATE OF SERVICE

Notice is hereby given that on __12-22-14__, a copy of the Motion for Payment of Unclaimed Funds was served on the U.S. Attorney and U.S. Trustee, per 28 U.S.C., Section 2042, at the following addresses by U.S. Mail:

> U.S. Attorney
> Attn: Civil Procedures Clerk
> 400 N. Tampa Street, Suite 3200
> Tampa, FL 33602
>
> U.S. Trustee
> 501 E. Polk Street, Suite 1200
> Tampa, FL 33602

_____
Jairo A. Camargo
ADAMS & COHEN

# United States Bankruptcy Court
## Middle District of Florida

In Re:

Richard W. Husarek and  )
Deborah S. Husarek  )     Bankruptcy Case No. **8:09-bk-04293-CED**
  )
  )     Chapter 13
Debtor(s)  )

## AFFIDAVIT OF PERSONAL REPRESENTATIVE

I, **Jairo A. Camargo** of **ADAMS & COHEN**, have consent of the claimant to make an application for the release of unclaimed funds. I have made all reasonable efforts required and believe to the best of my knowledge that **Statz Holdings, Inc.** is/ are legally entitled to the unclaimed funds in this application.

I am familiar with the State of Florida requirements for acting as a personal representative or attorney in fact.

_____
Jairo A. Camargo

Sworn and Subscribed before me on this 22nd of DEC, 2014.

_____
Notary Public

Oslenys B. Alba
COMMISSION # EE073660
EXPIRES: MAY 13, 2015
WWW.AARONNOTARY.com

## CORPORATE LIMITED POWER OF ATTORNEY

**KNOW ALL MEN BY THESE PRESENTS**, that I,

**Donald Statz, Vice-President of Statz Holdings, Inc.**, acting on its behalf hereby state that as such, I am authorized to seek recovery of the unclaimed, undistributed, or undelivered tenders of funds belonging to **Statz Holdings, Inc.** held by the United States, by a state or local municipality, or by an agency or instrumentality of either.

Signed this __17__ day of __December__, 2014.

By _____
   Donald Statz

State/ Providence of __Florida__

The above named __Donald Statz__ known to be the individual described in (and holding the position designated in) the foregoing instrument, appeared before me and acknowledged the execution thereof to be his/her free of act and deed.

SWORN AND SUBSCRIBED BEFORE ME: _____
                                   Notary Public

My commission expires: __1/29/17__

LISA MATTER
Notary Public - State of Florida
My Comm. Expires Jan 29, 2017
Commission # EE 869658

# LIMITED POWER OF ATTORNEY
(For one transaction only)

I, Donald Statz, Vice-President of Statz Holdings, Inc., do hereby grant to **ADAMS & COHEN** our sole true and lawful attorney-in-fact for us and our company name, place and stead, giving unto our attorney-in-fact full power to do and perform, on an exclusive basis, all and every act not constituting the practice of law that we may legally do through an attorney-in-fact, for the following **limited purpose only and for no other:**

To reclaim, recover, and return unclaimed funds in the amount of **$4,651.72**.

**This Limited Power of Attorney is specifically limited to the collection and disbursement of the above named funds and shall expire upon completion of this collection.** We authorize the use of a photocopy of this Power of Attorney, in lieu of the original. The person signing this Power of Attorney represents and warrants that he (she) has authority to sign for the corporation.

I do hereby certify that the foregoing is true and correct.

_____
Signature

===========================================================================

## NOTARY ACKNOWLEDGMENT

State/ Providence of Florida

SUBSCRIBED AND SWORN on the 17 day of December, 2014 before me, personally appeared Donald Statz___, personally known to me or proved to me on the basis of satisfactory evidence (see identification below) to be the person whose name is subscribed to within instrument and acknowledgment to me, that they executed the same in their authorized capacity, and that by their signature *on the instrument the person or their entity upon behalf of which the person acted executed the instrument.*

**Identification for the above named was Drivers License No. (or specify other identification):** FL DL

WITNESS my hand and official seal,

Signature _____
         Notary Public

My commission expires: 1/29/17

```
LISA MATTER
Notary Public - State of Florida
My Comm. Expires Jan 29, 2017
Commission # EE 869658
```

## 2014 FLORIDA PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# P95000091424

**Entity Name:** STATZ HOLDINGS, INC.

**FILED**
**Mar 14, 2014**
**Secretary of State**
**CC4354399010**

**Current Principal Place of Business:**

6870 E. FOWLER AVENUE
TAMPA, FL 33617

**Current Mailing Address:**

6870 E. FOWLER AVENUE
TAMPA, FL 33617

**FEI Number:** 59-3351278

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

STATZ, CATHERINE JPRES
6870 E. FOWLER AVE
TAMPA, FL 33617 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

Electronic Signature of Registered Agent                                                     Date

**Officer/Director Detail:**

| | | | |
|---|---|---|---|
| Title | D | Title | D VP |
| Name | STATZ, CATHERINE JPRES | Name | STATZ, DONALD AVP |
| Address | 6870 E. FOWLER AVENUE | Address | 6870 E. FOWLER AVE |
| City-State-Zip: | TAMPA FL 33617 | City-State-Zip: | TEMPLE TERRACE FL 33617 |
| Title | A TR | | |
| Name | STATZ, JAMIE DASST TR | | |
| Address | 6870 E. FOWLER AVE. | | |
| City-State-Zip: | TAMPA FL 33617 | | |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: DONALD A STATZ                                    VP                              03/14/2014

Electronic Signature of Signing Officer/Director Detail                                    Date

Contractors Associated With Project

**Building Permit Reports Home**
Contractor Licensing Reports Home

Your search returned **3** result(s).

DATE: 12/22/2014
TIME: 1:18 PM

**Project No.:** NEL02794     **Description:** COMM/200AMP SINGLE PHASE SERV FOR UPS
**Address:** 12909 N 56TH ST
**City:** TPA 33625     **Parcel:** 036541.0000
**Permit Issue Date:** 07/16/1999
**Permit Status:** FINAL

| Contractor Name: | BORRELL ANTHONY J JR |
|---|---|
| Firm Name: | BORRELL ELECTRIC CO INC |
| Address: | 3601 NEBRASKA AV   TAMPA FL 33603 |
| Relationship: | APPLICANT |
| License No.: | EC0000063 |
| Date: | 07/16/1999 |

| Contractor Name: | BORRELL ANTHONY J JR |
|---|---|
| Firm Name: | BORRELL ELECTRIC CO INC |
| Address: | 3601 NEBRASKA AV   TAMPA FL 33603 |
| Relationship: | CONTRACTOR |
| License No.: | EC0000063 |
| Date: | 07/16/1999 |

| Contractor Name: | STATZ HOLDINGS INC |
|---|---|
| Firm Name: | P O BOX 290682 |
| Address: | TEMPLE TERRACE FL |
| Relationship: | OWNER |
| License No.: | |
| Date: | 07/16/1999 |



**United States Bankruptcy Court**
**Middle District of Florida**

In Re:

|  |  |  |
|---|---|---|
|  | ) |  |
| **Richard W. Husarek and** | ) |  |
| **Deborah S. Husarek** | ) | Bankruptcy Case No. **8:09-bk-04293-CED** |
|  | ) |  |
|  | ) | Chapter 13 |
| Debtor(s) | ) |  |

**Order for Payment of Unclaimed Funds**
**Under 28 U.S.C. Section 2042**

Upon application by **ADAMS & COHEN**, on behalf of **Statz Holdings, Inc.** (the claimant or successor in interest to original claimant) and in accordance with the provisions of 28 U.S.C. Section 2042, it is

**ORDERED** that, following review by the clerk of the Motion for Payment of Unclaimed Funds and Power of Attorney, the clerk is directed to remit to **ADAMS & COHEN**, the "funds locator" retained by the claimant **Statz Holdings, Inc.**, the sum of **$4,651.72**, now held as unclaimed funds in the treasury for the original claimant **Statz Holdings, Inc.**

Where the claimant has retained a "funds locator", the check for these funds shall be issue in the name of the claimant and the "funds locator".

**ORDERED** in the Middle District of Florida on _____.

---

UNITED STATES BANKRUPTCY JUDGE

Payment to be mail to: **c/o ADAMS & COHEN**
 **P.O. Box 546293**
 **Miami Beach, FL 33154-6293**
 **FEIN: 26-3552751**

Copies to:
Clerk, U.S. Bankruptcy Court
Claimant
Funds Locator